IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RONALD W. STARLEPER, ET AL.       *
                                  *
                                  *
v.                                *       Civil No. – JFM-15-2402
                                  *
MERCANTILE MORTGAGE, LLC, ET AL.  *
                            ******

## MEMORANDUM

Ronald and Constance Starleper have brought this action against Mercantile Mortgage, LLC, Federal National Mortgage Association ("FANNIE MAE"), and Wells Fargo Bank, N.A. Defendants have filed motions to dismiss. The motions will be granted.

The successor of Mercantile Mortgage, LLC has been dissolved and has filed a certificate of cancellation with Delaware's Secretary of State. Therefore, it lacks the capacity to be sued.

Plaintiff has no claim against FANNIE MAE, as its own allegations and Exhibit E to the Complaint made clear.

Plaintiffs' claims Wells Fargo fail as well. None of them state a claim upon which relief can be granted. The most interesting claim is the one based upon an alleged breach of contract. Plaintiffs assert that the deed of trust should have been released when Wells Fargo sold their note. The fallacy in this claim is that the sale of the note did not constitute the payment of the sums secured by the deed of trust.

A separate order granting defendant's motions to dismiss is being entered herewith.

Date: 11/26/15

/s/
J. Frederick Motz
United States District Judge

BY_____ DEPUTY
AT BALTIMORE
CLERK'S OFFICE
2015 OCT 26 PH 3:33
DISTRICT OF MD
U.S. DISTRICT COURT
FILED

1